No. 75–1417.  HUMANE SOCIETY OF AUSTIN AND TRAVIS COUNTY *v.* AUSTIN NATIONAL BANK, EXECUTOR, ET AL.  Sup. Ct. Tex.  Certiorari denied. ▇▇▇▇▇▇

No. 75–1422.  DIAMOND M DRILLING Co. *v.* GUEHO. C. A. 5th Cir.  Certiorari denied. ▇▇▇▇▇▇

No. 75–1434.  WALLACE CLARK & Co., INC. *v.* ACHESON INDUSTRIES, INC.  C. A. 2d Cir.  Certiorari denied. ▇▇▇▇▇▇

No. 75–5586.  GURULE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▇▇▇▇▇▇

No. 75–6116.  SANDERS *v.* GEORGIA.  Sup. Ct. Ga. Certiorari denied. ▇▇▇▇▇▇

No. 75–6144.  HOLSEY *v.* MURRAY, U. S. DISTRICT JUDGE.  C. A. 4th Cir.  Certiorari denied.

No. 75–6149.  WOLFISH *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 75–6152.  PRESTON, AKA RILLA *v.* GRAY, WARDEN. Sup. Ct. Wis.  Certiorari denied.

No. 75–6158.  GARAFOLA *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied. ▇▇▇▇▇▇

No. 75–6166.  WILLIAMS ET AL. *v.* DIRECTOR, PATUXENT INSTITUTION.  Ct. App. Md.  Certiorari ▇▇▇▇▇▇

No. 75–6170.  LUJAN *v.* UNITED STATES  C. A. 5th Cir.  Certiorari denied. ▇▇▇▇▇▇

No. 75–6184.  DOBY *v.* TEXAS.  C. A. 5th Cir.  Certiorari denied. ▇▇▇▇▇▇